1817.

M'FARLIN and others *against* M'DOWELL.      *Chambers-burg.*

IN ERROR.      *Thursday, October 2.*

ERROR to the Court of Common Pleas of *Cumberland* county.

*Watts*, for the plaintiff in error, contended that the execution was erroneous.

*Parker*, contra.

The Court will not decide on alleged errors in the execution, if the writ of error does not mention the execution.

PER CURIAM. It appearing that the writ of error does not mention the execution, the Court are of opinion, as they have often decided before, that the execution is not, before them.